

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00005-CV

ANDREW MAES
v.
ABRAHAM QUINTANILLA, III, AND IRON TIGGA, LLC

On Appeal from the
319th District Court of Nueces County, Texas
Trial Cause No. 07-169-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

April 30, 2015